UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN M. HUTTEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BARBERICH, CHADWICK CORNELL, CYNTHIA FELDMANN, DOUGLAS GODSHALL, SETH HARRISON, RAY LARKIN, JR., STEPHEN OESTERLE, ROBERT STOCKMAN, ROBERT THOMAS, DENIS WADE, and HEARTWARE INTERNATIONAL, INC.,<br><br>Defendants. | **Case No.: 1:16-cv-11618-DJC-MBB** |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ENTRY OF ACCOMPANYING ORDER FOR NOTICE AND SCHEDULING OF HEARING ON SETTLEMENT**

Plaintiff Carolyn M. Huttemann ("Plaintiff") and defendants Timothy Barberich, Chadwick Cornell, Cynthia Feldmann, Douglas Godshall, Seth Harrison, Ray Larkin, Jr., Stephen Oesterle, Robert Stockman, Robert Thomas, Denis Wade, and HeartWare International, Inc. (collectively "Defendants"), have reached a proposed settlement ("Settlement") of this lawsuit, as set forth in the Stipulation of Settlement dated May 4, 2017 ("Stipulation"). Plaintiff hereby moves the Court, without opposition from Defendants, for the entry of an order, substantially in the form and content of the [Proposed] Order Scheduling Settlement Hearing attached as Exhibit B to the Stipulation, that would: (i) preliminarily approve the proposed Settlement set forth in the Stipulation; (ii) conditionally certify, for purposes of settlement only, a

settlement Class, as defined in the Stipulation; (iii) approve the proposed form and method for disseminating Notice of the proposed Settlement to the Class; and (iv) set a hearing at which, after Notice and an opportunity for Class members to be heard, the Court will, *inter alia*, consider whether to grant final approval of the proposed Settlement and consider Plaintiff's Counsel's application for attorneys' fees.

As explained more fully in the accompanying memorandum of law, the proposed Settlement meets the standard for preliminary approval and warrants the granting of this Motion and entry of the [Proposed] Order Scheduling Settlement Hearing.

Dated: May 4, 2017                                    Respectfully submitted,

/s/ Mitchell J. Matorin
BBO# 649304
Mitchell J. Matorin, Esq.
**MATORIN LAW OFFICE, LLC**
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
mmatorin@matorinlawoffice.com

**OF COUNSEL**

**LEVI & KORSINSKY LLP**
Joseph E. Levi, Esq.
Michael H. Rosner, Esq.
Justin G. Sherman, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
jlevi@zlk.com
mrosner@zlk.com
jsherman@zlk.com