# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN M. HUTTEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BARBERICH, CHADWICK CORNELL, CYNTHIA FELDMANN, DOUGLAS GODSHALL, SETH HARRISON, RAY LARKIN, JR., STEPHEN OESTERLE, ROBERT STOCKMAN, ROBERT THOMAS, DENIS WADE, and HEARTWARE INTERNATIONAL, INC.,<br><br>Defendants. | **Case No.: 1:16-cv-11618-DJC-MBB** |

## PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION, FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND AWARD OF ATTORNEYS' FEES AND EXPENSES

Carolyn M. Huttemann ("Plaintiff") and defendants Timothy Barberich, Chadwick Cornell, Cynthia Feldmann, Douglas Godshall, Seth Harrison, Ray Larkin, Jr., Stephen Oesterle, Robert Stockman, Robert Thomas, Denis Wade, and HeartWare International, Inc. (collectively "Defendants"), have reached a proposed settlement ("Settlement") of this lawsuit, as set forth in the Stipulation of Settlement dated May 4, 2017 ("Stipulation"). The Court preliminarily approved the Settlement on May 10, 2017. On September 26, 2017, Plaintiff will move this Court, without opposition from Defendants, for entry of an order, substantially in the form and content of the [Proposed] Order and Final Judgment attached as Exhibit D to the Stipulation,[1]

---

[1] The Stipulation, together with its exhibits, was filed on May 5, 2017 (D.I. 32), and is also submitted herewith as Exhibit 1 to the accompanying Affidavit of Michael H. Rosner, Esq. in support of the instant motion.

that would: i) finally certify the proposed Class and appoint Plaintiff as class representative and her counsel as class counsel; (ii) finally approve the Settlement; and (iii) award the $290,000 in attorneys' fees and reimbursement of expenses that Defendants have agreed to pay, inclusive of a $1,000 incentive award to Plaintiff.

     As explained more fully in the accompanying memorandum of law, the proposed Class should be finally certified, the Settlement finally approved, and the agreed-upon attorneys' fee and expense reimbursement granted in full.

Dated: September 12, 2017

Respectfully submitted,

/s/ Mitchell J. Matorin
BBO# 649304
Mitchell J. Matorin, Esq.
**MATORIN LAW OFFICE, LLC**
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
mmatorin@matorinlawoffice.com

**OF COUNSEL**

**LEVI & KORSINSKY, LLP**
Joseph E. Levi, Esq.
Michael H. Rosner, Esq.
Justin G. Sherman, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
jlevi@zlk.com
mrosner@zlk.com
jsherman@zlk.com

**CERTIFICATE OF SERVICE**

      I, Mitchell J. Matorin, certify that on September 12, 2017, I electronically filed Plaintiff's Unopposed Motion Class Certification, Final Approval of Class Action Settlement, and Award of Attorneys' Fees and Expenses, and Memorandum of Points and Authorities and accompanying declaration in support thereof using the CM/ECF system. I also caused copies to be electronically mailed to Mr. Daniel W. Halston at Daniel.Halston@wilmerhale.com.

                                  <u>s/ Mitchell J. Matorin</u>